UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 12-3382 JGB (AGRx) | Date | April 8, 2013 |
|---|---|---|---|
| Title | *Connie Franconero v. Universal Music Corp.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Ann Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ira M. Siegel | Andrew H. Bart |
| Paul S. Sigelman | Lisa J. Kohn |

**Proceedings:**   HEARING ON MOTION:  Defendant's Motion to Dismiss (Doc. No. 35)

    The case is called and counsel state their appearances. The Court confers with counsel and hears oral argument. The Court makes findings, as noted on the record. The Court grants Defendant's Motion to Dismiss. Defendant's and Plaintiff's request for Judicial Notice is granted in part and denied in part.  A separate order will issue.

    The Scheduling Conference is vacated.  The Court will set a scheduling conference once an answer has been filed.


IT IS SO ORDERED.



TIME:  1:05