JENNER & BLOCK LLP
Andrew H. Bart (admitted *pro hac vice*)
abart@jenner.com
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Jenner & Block LLP
Lisa J. Kohn (Cal. Bar No. 260236)
lkohn@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendant
UMG Recordings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE FRANCONERO p/k/a CONNIE FRANCIS,<br><br>             Plaintiff,<br><br>     v.<br><br>UMG RECORDINGS, INC.,<br><br>             Defendant. | Case No.: 2:12-CV-03382-JGB-AGR<br><br>**ORDER REGARDING REVISED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

Having considered the Parties' Joint Stipulation Regarding the Revised Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint, and for good cause shown, the Court hereby approves the Parties' agreement.  Accordingly, pursuant to the stipulation:

1. UMG shall file its Motion to Dismiss on or before November 18, 2013;
2. Francis shall file any opposition papers on or before December 16, 2013;
3. UMG shall file any reply papers on or before January 13, 2014; and
4. The hearing on the Motion to Dismiss shall occur on January 27, 2014.

**IT IS SO ORDERED.**

DATED:  October 28, 2013

_____
The Honorable Jesus G. Bernal
United States District Court Judge