UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE FRANCONERO,<br><br>        Plaintiff,<br><br>   v.<br><br>UMG RECORDINGS, INC.,<br><br>        Defendants. | Case No.<br>CV 12-03382 JGB(AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on February 13, 2014, IT IS ORDERED AND ADJUDGED that Plaintiff's Fourth Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 28, 2014
(NUNC PRO TUNC AS OF 2/13/14)

                              JESUS G. BERNAL
                          United States District Judge